110893 28
2/8/10
$ 3.18

# THOMAS J. GAFFNEY

BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

February 4, 2010

Clerk US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202

    Re:    <u>In re GIBBONS, ROBERT E. and GIBBONS, SHARON A.</u>
           Case No. 07-04660 CLB

Dear Clerk:

    Enclosed herein please find Check No. 110 in the amount of $3.18 in full and final payment for claim numbers 5, White Directory Publishers 0.95, claim 8, United Refining Company $1.07, claim #10 Northeast Verizon Wireless, 0.73, and claim #13 HJ Tax & Accounting 0.43 in the above captioned bankruptcy proceeding. Enclosed is the Report of Distribution and Order Allowing Compensation for your convenience.

                             Very truly yours,

                             THOMAS J. GAFFNEY
                             Bankruptcy Trustee

Enclosure

FILED FEB - 8 2010 BANKRUPTCY COURT BUFFALO, N.Y.

# Claims Proposed Distribution

## Case: 07-04660   GIBBONS, ROBERT E.

Case Balance:   $3,043.28        Total Proposed Payment:   $3,043.28        Remaining Balance:   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | THOMAS J. GAFFNEY <2100-00 Trustee Compensation> | Admin Ch. 7 | 760.82 | 760.82 | 0.00 | 760.82 | 760.82 | 2,282.46 |
|  | THOMAS J. GAFFNEY <2200-00 Trustee Expenses> | Admin Ch. 7 | 48.90 | 48.90 | 0.00 | 48.90 | 48.90 | 2,233.56 |
|  | THOMAS J. GAFFNEY <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,705.00 | 1,705.00 | 0.00 | 1,705.00 | 1,705.00 | 528.56 |
|  | THOMAS J. GAFFNEY, ESQ. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 11.60 | 11.60 | 0.00 | 11.60 | 11.60 | 516.96 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 2,526.32 | 2,526.32 | 0.00 | 2,526.32 | 2,526.32 | |
| 1 | Great Plains Capital Corp. | Unsecured | 41,899.93 | 41,899.93 | 0.00 | 41,899.93 | 188.52 | 328.44 |
| 3 | LVNV Funding LLC its successors and assigns as | Unsecured | 12,965.38 | 12,965.38 | 0.00 | 12,965.38 | 58.34 | 270.10 |
| 4 | LVNV Funding LLC its successors and assigns as | Unsecured | 12,211.78 | 12,211.78 | 0.00 | 12,211.78 | 54.95 | 215.15 |
| 5 | White Directory Publishers | Unsecured | 210.83 | 210.83 | 0.00 | 210.83 | 0.95 | 214.20 |
| 7U | Michael Paskowitz, Esq. | Unsecured | 34,060.36 | 34,060.36 | 0.00 | 34,060.36 | 153.25 | 60.95 |
| 8 | United Refining Company | Unsecured | 238.81 | 238.81 | 0.00 | 238.81 | 1.07 | 59.88 |
| 10 | Northeast Verizon Wireless | Unsecured | 163.30 | 163.30 | 0.00 | 163.30 | 0.73 | 59.15 |
| 11 | FIA Card Services, N. A. | Unsecured | 13,050.23 | 13,050.23 | 0.00 | 13,050.23 | 58.72 | 0.43 |
| 12 | HJ HILL TAX & ACCOUTING | Unsecured | 95.95 | 95.95 | 0.00 | 95.95 | 0.43 | 0.00 |
| 14 | HSBC Bank Nevada NA Bon Ton | Unsecured | 453.13 | 453.13 | 0.00 | 453.13 | 0.00 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 115,349.70 | 115,349.70 | 0.00 | 115,349.70 | 516.96 | |
|  | **Total for Case 07-04660 :** | | $117,876.02 | $117,876.02 | $0.00 | $117,876.02 | $3,043.28 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,526.32 | $2,526.32 | $0.00 | $2,526.32 | 100.000000% |
| Total Unsecured Claims : | $115,349.70 | $115,349.70 | $0.00 | $516.96 | 0.448168% |

FILED FEB - 8 2010 BANKRUPTCY COURT BUFFALO, NY

Case 1-07-04660-CLB   Doc 96   Filed 02/08/10   Entered 02/09/10 14:06:25   Desc Main
Document      Page 2 of 2